IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-2059-JWB-GEB |
| ) | |
| ALLEN R. DAVISON, ) | |
| SHARON L. DAVISON, ) | |
| BALD TRUST, and ) | |
| SIX-D PARTNERSHIP LLP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on Defendants Allen and Sharon Davison's Motion to Admit Exhibit 12 **(ECF No. 36).** After careful review of the parties' briefs, for the reasons set forth below Defendants' motion is **DENIED.**

Defendants ask the Court to "admit into the record Exhibit 12," a December 27, 2022 handwritten memo from Allen Davison to Department of Justice attorney, Daniel Applegate, with five Certificates of Release of Federal Tax Lien related to BALD Trust attached. Plaintiff, United States of America opposes the motion, arguing Exhibit 12 is factually and legally irrelevant and there is no dispositive or other pending motion which would allow for the admission of the exhibit into evidence.

Although Defendants argue the lien releases demonstrate the government's treatment of BALD Trust as a separate legal entity is evidence BALD Trust is not a mere alter ego of Defendants, as Plaintiff alleges in its Complaint, the Court agrees with Plaintiff

1

there is no dispositive or other motion currently pending which the Court could admit Exhibit 12 in support of or opposition to. Although whether the BALD Trust is the nominee or alter ego of Allen and Sharon Davison is an issue that will likely be determined either by dispositive motion or at trial, the issue is not currently before the Court.

For the reasons state above, the Court **DENIES** Defendants' Davison's Motion to Admit Exhibit 12 **(ECF No. 36)**.

**IT IS SO ORDERED.**

Dated this 10th day of February 2023, in Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U. S. Magistrate Judge